**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLITA DEOCAMPO,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, SELECT PORTFOLIO SERVICING, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:19-cv-01625-RFB-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Estrellita Deocampo ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 16, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 9, 2019. The allegations in Plaintiff's Complaint date back to December 2016. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's allegations, any disputes Plaintiff submitted to Trans Union, and Trans Union's investigation of any such

3995654.1

1

disputes. Further, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including October 30, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 8th day of October 2019.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

 /s/ Jennifer Bergh
**JENNIFER BERGH**
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC AND KNEPPER & CLARK LLC**

 /s/ Shaina R. Plaksin
**DAVID H. KRIEGER**
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 385-5518 Fax
dkrieger@hainesandkrieger.com
and
**MATTHEW I. KNEPPER**
Nevada Bar No. 12796
**MILES CLARK**
Nevada Bar No. 13848
**SHAINA R. PLAKSIN**
Nevada Bar No. 13935
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148
(702) 825-6060
(702) 447-8048 Fax
Matthew.knepper@knepperclark.com
Miles.clark@knepperclark.com
plaksin@knepperclark.com
***Counsel for Plaintiff***

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __9__ day of __October__, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**