JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLITA DEOCAMPO,<br><br>Plaintiff,<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC;<br>SELECT PORTFOLIO SERVICING, INC.;<br>EQUIFAX INFORMATION SERVICES LLC;<br>and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:19-cv-01625-RFB-NJK<br><br>**AMENDED STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 9, 2019, through and including **October 30, 2019**. The request was made by Equifax. Equifax needs additional time in order to gather information regarding the allegations in Plaintiff's complaint, and it also seeks additional time so that it may explore the possibility of early resolution. Plaintiff approves. This stipulation is filed in good faith and not intended to cause

delay.

Respectfully submitted, this 10TH day of October, 2019.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

***No opposition***

/s/ Shaina R. Plaksin
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
Shaina R. Plaksin
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  October 11, 2019

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 10th day of October, 2019, via CM/ECF, upon all counsel of record:

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com


Matthew I. Knepper, Esq.
Miles N. Clark
Shaina R. Plaksin
Knepper & Clark LLC
5510 So. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
shaina.plaksin@knepperclark.com


By: /s/     Joyce Ulmer
AN EMPLOYEE OF CLARK HILL, PLLC