**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
**COUNSEL FOR TRANS UNION LLC**

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLITA DEOCAMPO,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, SELECT PORTFOLIO SERVICING, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:19-cv-01625-RFB-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Estrellita Deocampo ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Second Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 16, 2019, Plaintiff filed her Complaint. On October 8, 2019, Trans Union filed the First Joint Motion Extending Time to File an Answer or Otherwise Respond to Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 30, 2019. The allegations in Plaintiff's complaint date back to December 2016 and relate to one account allegedly reporting on Plaintiff's credit file. Trans

Union needs additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff and Trans Union are also exploring the possibility of an early resolution of Plaintiff's claims against Trans Union.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 13, 2019. This is the second stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. This request is being made in good faith and is not made for any purpose of undue delay.

Dated this 30th day of October 2019.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

/s/ Jennifer Bergh
**JENNIFER BERGH**
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC AND KNEPPER & CLARK LLC**

/s/ Shaina R. Plaksin
**DAVID H. KRIEGER**
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 385-5518 Fax
dkrieger@hainesandkrieger.com
and
**MATTHEW I. KNEPPER**
Nevada Bar No. 12796
**MILES CLARK**
Nevada Bar No. 13848
**SHAINA R. PLAKSIN**
Nevada Bar No. 13935
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148
(702) 825-6060
(702) 447-8048 Fax

4051421.1

Matthew.knepper@knepperclark.com
Miles.clark@knepperclark.com
Shaina.plaksin@knepperclark.com
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is GRANTED. Docket No. 24.

Dated this 31 day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4051421.1