JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTRELLITA DEOCAMPO, | Case No. 2:19-cv-01625-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| BAYVIEW LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC, | **SECOND REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 30, 2019, through and including **November 6, 2019**. The request was made by Equifax. Equifax needs additional time in order to gather information regarding the allegations in Plaintiff's complaint, and it also seeks additional time so that it may explore the possibility of early

. . .

. . .

resolution. Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 30th day of October, 2019.

| | |
|---|---|
| CLARK HILL PLLC | **<u>No opposition</u>** |
| By: /s/ Jeremy J. Thompson | /s/ Shaina R. Plaksin |
| Jeremy J. Thompson | David H. Krieger, Esq. |
| Nevada Bar No. 12503 | Nevada Bar No. 9086 |
| 3800 Howard Hughes Pkwy, Suite 500 | HAINES & KRIEGER, LLC |
| Las Vegas, NV 89169 | 8985 S. Eastern Ave., Suite 350 |
| Tel: (702) 862-8300 | Henderson, NV 89123 |
| Fax: (702) 862-8400 | Phone: (702) 880-5554 |
| Email: jthompson@clarkhill.com | Fax: (702) 385-5518 |
| | Email: dkrieger@hainesandkrieger.com |
| *Attorney for Defendant Equifax Information Services LLC* | |
| | Matthew I. Knepper, Esq. |
| | Nevada Bar No. 12796 |
| | Miles N. Clark |
| | Nevada Bar No. 13848 |
| | Shaina R. Plaksin |
| | Nevada Bar No. 13935 |
| | KNEPPER & CLARK LLC |
| | 5510 So. Fort Apache Rd., Suite 30 |
| | Las Vegas, NV 89148 |
| | Phone: (702) 856-7430 |
| | Fax: (702) 447-8048 |
| | Email: matthew.knepper@knepperclark.com |
| | Email: miles.clark@knepperclark.com |
| | Email: shaina.plaksin@knepperclark.com |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: October 31, 2019